UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-22916-Civ-COOKE/REID

CHARLTON EDWARD LACHASE,

    Plaintiff

vs.

BUTNER FEDERAL MEDICAL CENTER *et al.*,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2019-2 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 2).  On September 16, 2020, Judge Reid issued a Report of Magistrate Judge (ECF No. 5) recommending that Plaintiff's case be transferred to the United States District Court for the Eastern District of North Carolina because venue is improper here.  Plaintiff has not objected to Judge Reid's Report and the time to do so has passed.

I have considered Judge Reid's Report, Plaintiff's Complaint, the relevant legal authority, and have made a *de novo* review of the record.  I find Judge Reid's Report clear, cogent, and compelling.  Accordingly, it is **ORDERED and ADJUDGED** that Judge Reid's Report of Magistrate Judge (ECF No. 5) is **AFFIRMED and ADOPTED**.  The Court directs the Clerk to **TRANSFER** this case to the Eastern District of North Carolina.

**DONE and ORDERED** in Chambers at Miami, Florida, this 19th day of October 2020.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lisette M. Reid, U.S. Magistrate Judge*
*Charlton Edward LaChase, pro se*